# Court of Appeals
# of the State of Georgia

ATLANTA,  June 24, 2024

*The Court of Appeals hereby passes the following order:*

**A24A1471. JOHNNY BIRD SERRITT v. THE STATE.**

In 2015, a jury found Johnny Bird Serritt guilty of manufacture of marijuana and possession of marijuana. The trial court sentenced him as a recidivist to ten years, with four years to serve, and the remaining time on probation. We affirmed his convictions on appeal in an unpublished opinion. *Serritt v. State*, Case No. A19A1061 (Aug. 20, 2019). In 2021, the court revoked four years of his probation. In 2023, Serritt filed a motion to vacate or modify his sentence, which the court denied on November 2, 2023. On January 10, 2024, Serritt filed a notice of appeal. We, however, lack jurisdiction.

A notice of appeal must be filed within 30 days after entry of the appealable order. OCGA § 5-6-38 (a). The proper and timely filing of a notice of appeal is an absolute requirement to confer jurisdiction on this Court. *Davis v. State*, 330 Ga. App. 711, 711 (769 SE2d 133) (2015). Because Serritt's notice of appeal was filed 69 days

after entry of the order on appeal, it is untimely.[1] Accordingly, we lack jurisdiction to consider this appeal, which is hereby DISMISSED.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta,___06/24/2024_____

    *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

    *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , Clerk.

---

[1] Although Serritt's notice of appeal states that he appeals from "the judgment/order of the trial court filed on the 18th day of January, 2023," the record shows January 18, 2023, was the date he filed the underlying motion. In any event, his notice of appeal would also be untimely as to an order entered in January 2023.